1  SEAN P. NALTY, ESQ.  (State Bar No. 121253)
2  WILSON, ELSER, MOSKOWITZ,
       EDELMAN & DICKER LLP
3  525 Market Street, 17th Floor
   San Francisco, California 94105-2725
4  Telephone:    (415) 433-0990
   Facsimile:    (415) 434-1370

5  Attorneys for Defendant
   LIFE INSURANCE COMPANY
6  OF NORTH AMERICA                         E-filing

7

8

9

10                 UNITED STATES DISTRICT COURT

11               NORTHERN DISTRICT OF CALIFORNIA          CW

12

13                        CV  08        1451

14  ALFREDO MOCTEZUMA,              )  Case No.
                                    )
15          Plaintiff,              )  DEFENDANTS' CERTIFICATION OF
                                    )  INTERESTED ENTITIES OR
16      v.                          )  PERSONS [Civil L.R. 3-16]
                                    )
17  CATHOLIC HEALTHCARE WEST, LIFE  )
    INSURANCE COMPANY OF NORTH      )
18  AMERICA, and DOES 1-10, inclusive.  )
                                    )
19          Defendants.             )
                                    )
20

21      Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,

22  associations of persons, firms, partnerships, corporations (including parent corporations) or other

23  entities (i) have a financial interest in the subject matter in controversy or in a party to the

24  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

25  substantially affected by the outcome of this proceeding:

26      Connecticut General Corporation, a Connecticut corporation, is the parent company of

27  defendant Life Insurance Company of North America.  Connecticut General Corporation is a

28

DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS [Civil L.R. 3-16]
328322.1

1  wholly-owned subsidiary of CIGNA Holdings, Inc.  CIGNA Holdings, Inc. is a wholly-owned

2  subsidiary of CIGNA Corporation.

3

4  Dated:  March 14, 2007        WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

5

6                   By:_____

7                   SEAN P. NALTY
                     Attorneys for Defendant

8                   LIFE INSURANCE COMPANY OF NORTH AMERICA

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

2

**DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS [Civil L.R. 3-16]**

328322.1

## CERTIFICATE OF SERVICE

*Alfredo Moctezuma v. Catholic Healthcare West, et al.*

1

2        I am a citizen of the United States. I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my

3   business address is 525 California Street, 17th Floor, San Francisco, California 94105.

4        On this date I served the following document(s):

5   **DEFENDANTS' CERTIFICATION OF INTERESTED**

   **ENTITIES OR PERSONS [Civil L.R. 3-16]**

6

7   on the parties identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

8     **X** : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco,

9   California, for collection to the office of the addressee following ordinary business practices.

10     ☐ : **By Personal Service** – I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

11

12     ☐ : **By Overnight Courier** – I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

13

14     ☐ : **Facsimile** – (Only where permitted. Must consult CCP § 1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.C.A.)

15   Laurence F. Padway

16   Gayle Godfrey Codiga

   LAW OFFICES OF LAURENCE F. PADWAY

17   1516 Oak Street, Suite 109

   Alameda, CA 94501

18   Tel:    (510) 814-0680

   Fax:   (510) 814-0650

19

20   *Attorneys for Plaintiff*

21        I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

22

23        EXECUTED **March 14, 2008** at San Francisco, California.

24

25                    Nancy Li

26

27

28

**DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS [Civil L.R. 3-16]**

328322.1