1  SEAN P. NALTY (SBN 121253)
   WILSON, ELSER, MOSKOWITZ,
2      EDELMAN & DICKER LLP
   525 Market Street, 17th Floor
3  San Francisco, California 94105
   Tel:  (415) 433-0990
4  Fax:  (415) 434-1370

5  Attorneys for Defendant
   LIFE INSURANCE COMPANY
6  OF NORTH AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ALFREDO MOCTEZUMA, | CASE NO.:  CV08-01451 CW |
|---|---|
| Plaintiff, | **LIFE INSURANCE COMPANY OF NORTH AMERICA'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF ALFREDO MOCTEZUMA'S FIRST AND SECOND CLAIMS FOR RELIEF** |
| v. | |
| CATHOLIC HEALTHCARE WEST, LIFE INSURANCE COMPANY OF NORTH AMERICA, and DOES 1-10, inclusive. | |
| Defendants. | Date:  June 5, 2008<br>Time:  2:00 p.m.<br>Courtroom:  2<br>Judge:  Hon. Claudia Wilken<br>Action Filed :  02/20/2008 |

**Accompanying Documents:**

1. Memorandum of Points and Authorities
2. (Proposed) Order

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**YOU ARE HEREBY NOTIFIED THAT** on June 5, 2008 at 2:00 p.m., or as soon thereafter as this matter may be heard, in Courtroom 2 before the Honorable Claudia Wilken, Defendant Life Insurance Company of North America ("LINA") will and hereby does move the Court, pursuant to Federal Rule of Civil Procedure section 12(b)(6), for an order dismissing Plaintiff Alfredo Moctezuma's first claim for relief for tortuous breach of the covenant of good

faith and fair dealing ("tortuous bad faith") and second claim for relief for intentional infliction of emotional distress ("intentional infliction"). As explained more fully in the memorandum of points and authorities accompanying this notice, these claims for relief accrued in February 2004. Plaintiff's claim for relief for tortuous bad faith is governed by the two-year limitation period under California Code of Civil Procedure section 339. His claim for relief for intentional infliction is governed by the one-year limitation period under California Code of Civil Procedure section 340. Plaintiff did not file the complaint in this matter until February 20, 2008. Accordingly, each of these claims for relief is time- barred.

This motion is based upon this notice of motion and motion, the accompanying memorandum of points and authorities, and upon such other matters that may be presented to the Court at the time of the hearing on this matter.

Dated: March 19, 2008

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

By: *Sean P Nalty*
SEAN P. NALTY
Attorneys for Defendant
LIFE INSURANCE COMPANY
OF NORTH AMERICA