1  SEAN P. NALTY (SBN 121253)
   WILSON, ELSER, MOSKOWITZ,
2      EDELMAN & DICKER LLP
   525 Market Street, 17th Floor
3  San Francisco, California 94105
   Tel:   (415) 433-0990
4  Fax:   (415) 434-1370

5  Attorneys for Defendant
   LIFE INSURANCE COMPANY
6  OF NORTH AMERICA

7

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12 ALFREDO MOCTEZUMA,              ) CASE NO.:   CV08-01451 CW
                                   )
13           Plaintiff,             ) **LIFE INSURANCE COMPANY OF**
                                   ) **NORTH AMERICA'S AMENDED**
14     v.                           ) **NOTICE OF MOTION AND MOTION TO**
                                   ) **DISMISS PLAINTIFF ALFREDO**
15 CATHOLIC HEALTHCARE WEST, LIFE  ) **MOCTEZUMA'S FIRST AND SECOND**
   INSURANCE COMPANY OF NORTH      ) **CLAIMS FOR RELIEF**
16 AMERICA, and DOES 1-10, inclusive.)
                                   ) Date:   June 12, 2008 (Changed from
17           Defendants.            ) June 5, 2008)
                                   ) Time:   2:00 p.m.
18 _____ ) Courtroom: 2
                                     Judge:  Hon. Claudia Wilken
19                                   Action Filed  :   02/20/2008

20                                   <u>Accompanying Documents:</u>

21                                   1.   Memorandum of Points and Authorities
                                     2.   (Proposed) Order
22

23 **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

24     YOU ARE HEREBY NOTIFIED THAT on June 12, 2008 at 2:00 p.m., or as soon

25 thereafter as this matter may be heard, in Courtroom 2 before the Honorable Claudia Wilken,

26 Defendant Life Insurance Company of North America ("LINA") will and hereby does move the

27 Court, pursuant to Federal Rule of Civil Procedure section 12(b)(6), for an order dismissing

28 Plaintiff Alfredo Moctezuma's first claim for relief for tortuous breach of the covenant of good

faith and fair dealing ("tortuous bad faith") and second claim for relief for intentional infliction of emotional distress ("intentional infliction"). This motion was originally noticed for June 5, 2008 on a date that the Court is not available. Accordingly, LINA amends this notice to set the hearing on this matter on June 12, 2008.

As explained more fully in the memorandum of points and authorities accompanying this notice, these claims for relief accrued in February 2004. Plaintiff's claim for relief for tortuous bad faith is governed by the two-year limitation period under California Code of Civil Procedure section 339. His claim for relief for intentional infliction is governed by the one-year limitation period under California Code of Civil Procedure section 340. Plaintiff did not file the complaint in this matter until February 20, 2008. Accordingly, each of these claims for relief is time-barred.

This motion is based upon this notice of motion and motion, the accompanying memorandum of points and authorities, and upon such other matters that may be presented to the Court at the time of the hearing on this matter.

Dated: March 24, 2008

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: _____
SEAN P. NALTY
Attorneys for Defendant
LIFE INSURANCE COMPANY
OF NORTH AMERICA