1  SEAN P. NALTY (SBN 121253)
   WILSON, ELSER, MOSKOWITZ,
2     EDELMAN & DICKER LLP
   525 Market Street, 17th Floor
3  San Francisco, California 94105
   Tel:   (415) 433-0990
4  Fax:   (415) 434-1370

5  Attorneys for Defendant
   LIFE INSURANCE COMPANY
6  OF NORTH AMERICA

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                         (OAKLAND BRANCH)

11

12 ALFREDO MOCTEZUMA,                  )  CASE NO.:  CV08-01451 CW
                                       )
13           Plaintiff,                )  **STIPULATION OF THE PARTIES RE**
                                       )  **DISMISSAL OF CATHOLIC**
14      v.                             )  **HEALTHCARE WEST WITHOUT**
                                       )  **PREJUDICE; PROPOSED ORDER**
15 CATHOLIC HEALTHCARE WEST, LIFE      )
   INSURANCE COMPANY OF NORTH          )  Action Filed:  02/20/2008
16 AMERICA, and DOES 1-10, inclusive.  )
                                       )
17           Defendants.               )
                                       )
18 _____    )

1  Plaintiff Alfredo Moctezuma, through his counsel of record, Laurence F. Padway and Gayle
2  Godfrey Codiga, the Law Offices of Laurence F. Padway, and defendants Catholic Healthcare West
3  and Life Insurance Company of North America, through their counsel of record, Sean P. Nalty,
4  Wilson, Elser, Moskowitz, Edelman & Dicker, hereby enter into the following stipulation:
5     This matter is not governed by the Employee Retirement Income Security Act of 1974.
6  Accordingly, Catholic Healthcare West shall be dismissed from this action, without prejudice.
7     IT IS SO STIPULATED.
8  Dated: April 16, 2008

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

By: /s/ Sean P. Nalty
SEAN P. NALTY
Attorneys for Defendant
LIFE INSURANCE COMPANY
OF NORTH AMERICA

14  Dated: April 18, 2008

LAW OFFICES OF LAURENCE F. PADWAY

By: /s/ Gayle Godfrey Codiga
LAURENCE F. PADWAY
GAYLE GODFREY CODIGA
Attorneys for Plaintiff
ALFREDO MOCTEZUMA

ORDER

Based on the stipulation of the parties, and good cause appearing therefore, Catholic Healthcare West is hereby dismissed from this matter, without prejudice.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

# CERTIFICATE OF SERVICE
*Alfredo Moctezuma v. Catholic Healthcare West, et al.*
*USDC NDCA Case #CV08-01451 CW*

I am a citizen of the United States. I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address is 525 California Street, 17th Floor, San Francisco, California 94105.

On this date I served the following document(s):

**STIPULATION OF THE PARTIES RE DISMISSAL OF CATHOLIC HEALTHCARE WEST WITHOUT PREJUDICE; PROPOSED ORDER**

on the parties identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

_X_ : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

☐ : **By Personal Service** – I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

☐ : **By Overnight Courier** – I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

☐ : **Facsimile** – (Only where permitted. Must consult CCP § 1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.C.A.)

Laurence F. Padway
Gayle Godfrey Codiga
LAW OFFICES OF LAURENCE F. PADWAY
1516 Oak Street, Suite 109
Alameda, CA 94501
Tel:   (510) 814-0680
Fax:   (510) 814-0650

*Attorneys for Plaintiff*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED **April 18, 2008** at San Francisco, California.

_____
Nancy Li

327550.1