1 | SEAN P. NALTY (SBN 121253)
2 | WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP
3 | 525 Market Street, 17th Floor
    San Francisco, California 94105
    Tel:   (415) 433-0990
4 | Fax:  (415) 434-1370

5 | Attorneys for Defendant
    LIFE INSURANCE COMPANY
6 | OF NORTH AMERICA

7

8 |              UNITED STATES DISTRICT COURT
9 |              NORTHERN DISTRICT OF CALIFORNIA
10 |                   (OAKLAND BRANCH)

11

12 | ALFREDO MOCTEZUMA,          )   CASE NO.:   CV08-01451 CW
                                 )
13 |         Plaintiff,           )   **STIPULATION OF THE PARTIES RE**
                                 )   **DISMISSAL OF CATHOLIC**
14 |     v.                       )   **HEALTHCARE WEST WITHOUT**
                                 )   **PREJUDICE; ORDER**
15 | CATHOLIC HEALTHCARE WEST, LIFE  )
     INSURANCE COMPANY OF NORTH   )   Action Filed:  02/20/2008
16 | AMERICA, and DOES 1-10, inclusive. )
                                 )
17 |         Defendants.           )
                                 )
18 | _____)

---

1
STIPULATION DISMISSING CATHOLIC HEALTHCARE WEST
334831.1                                    USDC NDCA Case #CV08-01451 CW

1  Plaintiff Alfredo Moctezuma, through his counsel of record, Laurence F. Padway and Gayle Godfrey Codiga, the Law Offices of Laurence F. Padway, and defendants Catholic Healthcare West and Life Insurance Company of North America, through their counsel of record, Sean P. Nalty, Wilson, Elser, Moskowitz, Edelman & Dicker, hereby enter into the following stipulation:

This matter is not governed by the Employee Retirement Income Security Act of 1974. Accordingly, Catholic Healthcare West shall be dismissed from this action, without prejudice.

IT IS SO STIPULATED.

Dated: April 16, 2008

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

By:_____
SEAN P. NALTY
Attorneys for Defendant
LIFE INSURANCE COMPANY
OF NORTH AMERICA

Dated: April ___, 2008

LAW OFFICES OF LAURENCE F. PADWAY

By:_____
LAURENCE F. PADWAY
GAYLE GODFREY CODIGA
Attorneys for Plaintiff
ALFREDO MOCTEZUMA

ORDER

Based on the stipulation of the parties, and good cause appearing therefore, Catholic Healthcare West is hereby dismissed from this matter, without prejudice.

IT IS SO ORDERED.

4/22/08

_____
UNITED STATES DISTRICT COURT JUDGE