```
Laurence F. Padway (SBN 089314)
Gayle Godfrey Codiga (SBN 114715)
Law Offices of Laurence F. Padway
1516 Oak Street, Suite 109
Alameda, California 94501
Telephone:  (510)814-0680
Facsimile :  (510)814-0650
```

Attorneys for plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND BRANCH)

| | |
|---|---|
| ALFREDO MOCTEZUMA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CATHOLIC HEALTHCARE WEST, LIFE INSURANCE COMPANY OF NORTH AMERICA, and DOES 1 - 10, Inclusive.<br><br>　　　　　Defendants.<br>_____/ | Case No.: CV08-01451 CW<br><br>**STIPULATION AND (PROPOSED) ORDER EXTENDING HEARING ON MOTION TO DISMISS** |

   Plaintiff Alfredo Moctezuma ("Plaintiff"), through his counsel of record, Laurence F. Padway and Gayle Godfrey Codiga, the Law Offices of Laurence F. Padway, and Life Insurance company of North America ("Defendant"), through their counsel of record, Sean P. Nalty, Wilson, Elser, Moskowitz, Edelman & Dicker, (collectively "the Parties") hereby enter into the following stipulation:

**INTRODUCTION**

Plaintiff and Defendant are in settlement discussions and ask the court for an extension of sixty days in order to complete those settlement discussions.

**STIPULATION**

Accordingly, Plaintiff, through his counsel of record, and Defendants, through their counsel of record, hereby stipulate to the following: The hearing originally scheduled for June 12, 2008 shall be put over to August 14, 20008 at 2:00 pm.

IT IS SO STIPULATED.

Dated: May 22, 2007                    LAW OFFICES OF LAURENCE F. PADWAY

                                       By:/s/_____
                                           Gayle Godfrey Codiga
                                           Attorneys for Plaintiff
                                           ALFREDO MOCTEZUMA

Dated: May 22, 2007                    WILSON, ELSER, MOSKOWITZ
                                       EDELMAN & DICKER LLP

                                       By: /s/_____
                                           SEAN P. NALTY
                                           Attorney for Defendant
                                           LIFE INSURANCE COMPANY
                                           OF NORTH AMERICA

**ORDER**

Based on the stipulation of the Parties, and good cause appearing therefore, the Court hereby orders that the hearing for dismissal of the tort claims shall be put over from the originally scheduled date of June 12, 2008 to August 14, 2008 at 2:00pm..

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE