IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFREDO MOCTEZUMA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CATHOLIC HEALTHCARE WEST,<br><br>　　　　Defendant.<br>_____/ | No. C 08-01451 CW<br><br>CLERK'S NOTICE<br>CONTINUING CASE<br>MANAGEMENT<br>CONFERENCE |

　　Notice is hereby given that the case management conference, previously set for June 17, 2008, is continued to August 14, 2008, at 2:00 p.m., to be heard along with Defendant Life Insurance Company of North America's Motion to Dismiss Plaintiff Alfredo Moctezoma's First and Second Claims for Relief, in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612.  A joint Case Management Conference Statement will be due one week prior to the conference.

Dated:  5/23/08

　　　　　　　　　　　　　　　　　　　　　　　　_Sheilah Cahill_
　　　　　　　　　　　　　　　　　　　　　　　　SHEILAH CAHILL
　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk