1  Laurence F. Padway (SBN 089314)
   Gayle Godfrey Codiga (SBN 114715)
2  Law Offices of Laurence F. Padway
   1516 Oak Street, Suite 109
3  Alameda, California 94501
   Telephone:  (510)814-0680
4  Facsimile :  (510)814-0650

5
   Attorneys for plaintiff
6

7

8                        UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10                              (OAKLAND BRANCH)

11

12
   ALFREDO MOCTEZUMA,
13                                              No. CV08-01451 CW

14          Plaintiff,                          **STIPULATION AND (PROPOSED)
                                                ORDER EXTENDING HEARING ON
15                                              MOTION TO DISMISS**
   CATHOLIC HEALTHCARE WEST,
16 LIFE INSURANCE COMPANY OF
   NORTH AMERICA, and DOES 1 - 10,
17 Inclusive.

18          Defendants.
                                              /
19  _____

20

21
            Plaintiff Alfredo Moctezuma ("Plaintiff"), through his counsel of record, Laurence F.
22
    Padway and Gayle Godfrey Codiga, the Law Offices of Laurence F. Padway, and Life Insurance
23
    Company of North America ("Defendant"), through their counsel of record, Sean P. Nalty, Wilson,
24
    Elser, Moskowitz, Edelman & Dicker, (collectively "the Parties") hereby enter into the following
25
    stipulation:
26

27

28

                                         Page 1 of  3

**INTRODUCTION**

Plaintiff and Defendant are in settlement discussions and ask the court for an extension of thirty days in order to complete those settlement discussions. Plaintiff and Defendant have come to a settlement amount, but are still in negotiations as to the terms and conditions of the settlement and release.

**STIPULATION**

Accordingly, Plaintiff, through his counsel of record, and Defendant, through their counsel of record, hereby stipulate to the following: The hearing scheduled for August 14, 2008 be put over to September 16, 2008 at 2:00 pm.

IT IS SO STIPULATED

Dated: July 23, 2008          LAW OFFICE OF LAURENCE F. PADWAY


By:_____
   Gayle Godfrey Codiga
   Attorney for plaintiff
   ALFREDO MOCTEZUMA

Dated July 23, 2008           WILSON, ELSER, MOSKOWITZ
                              EDELMAN & DICKER LLP



By:_____
   SEAN P. NALTY
   Attorney for Defendant
   LIFE INSURANCE COMPANY OF
   NORTH AMERICA

**ORDER**

Based on the stipulation of the Parties, and good cause appearing therefore, the Court hereby orders that the hearing for dismissal of the tort claims shall be put over from the scheduled date of August 14, 2008 to September 16, 2008 at 2:00pm.

**IT IS SO ORDERED**

Dated: _____                              _____
                                                   UNITED STATED DISTRICT COURT JUDGE