1  Laurence F. Padway, SBN# 83914
   Gayle Godfrey Codiga, SBN# 114715
2  LAW OFFICES OF LAURENCE F. PADWAY
   1516 Oak Street, Suite 109
3  Alameda, California 94501
   Phone:      (510) 814-0680
4  Fax:        (510) 814-0650

5  Attorneys for Plaintiff

6

7  Sean P. Nalty, Esq. SBN#121253
   Wilson, Elser, Moskowitz
8      Edelman & Dicker LLP
   525 Market Street, 17th Floor
9  San Francisco, CA 94105
   Telephone:   (415) 433-0990
10 Facsimile:   (415) 434-1370

11 Attorneys for Defendant

12

13
                    UNITED STATES DISTRICT COURT
14
                   NORTHERN DISTRICT OF CALIFORNIA
15

16

17 ALFREDO MOCTEZUMA                    CASE NO. CV08-1451 CW
18           Plaintiff,
19                                      STIPULATION AND (PROPOSED) ORDER
                                        RE DISMISSAL
20 vs.

21
   CATHOLIC HEALTHCARE WEST, LIFE
22 INSURANCE COMPANY OF NORTH,
   AMERICA, and DOES 1-10, inclusivd
23
             Defendant,
24 _____/

25

26 ///
27 ///
28 ///

1

1  Whereas, settlement in the above matter has been reached.  The parties, by and through their
2
3  respective counsel, hereby stipulate and agree that the above named case be dismissed with prejudice.
4  Each side to bear their own attorneys fees and costs.

LAW OFFICES OF LAURENCE F. PADWAY

Dated: August 28, 2008                    By: _____
                                          Gayle Godfrey Codiga
                                          Attorneys for Plaintiff


WILSON, ELSER, MOSKOWITZ
EDELMAN & DICKER LLP


Dated: September 3, 2008                  By: _____
                                          Sean P. Nalty
                                          Attorneys for Defendants


IT IS SO ORDERED.


DATED: _____, 2008                _____
                                          UNITED STATES DISTRICT COURT JUDGE