Laurence F. Padway, SBN# 83914
Gayle Godfrey Codiga, SBN# 114715
LAW OFFICES OF LAURENCE F. PADWAY
1516 Oak Street, Suite 109
Alameda, California 94501
Phone:        (510) 814-0680
Fax:          (510) 814-0650

Attorneys for Plaintiff


Sean P. Nalty, Esq. SBN#121253
Wilson, Elser, Moskowitz
    Edelman & Dicker LLP
525 Market Street, 17th Floor
San Francisco, CA  94105
Telephone:    (415) 433-0990
Facsimile:    (415) 434-1370

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFREDO MOCTEZUMA | CASE NO. CV08-1451 CW |
| Plaintiff, | |
| vs. | STIPULATION AND (PROPOSED) ORDER RE DISMISSAL |
| CATHOLIC HEALTHCARE WEST, LIFE INSURANCE COMPANY OF NORTH, AMERICA, and DOES 1-10, inclusivd | |
| Defendant, | |
| _____/ | |

///
///
///

1    Whereas, settlement in the above matter has been reached.  The parties, by and through their

2
respective counsel, hereby stipulate and agree that the above named case be dismissed with prejudice.
3

4    Each side to bear their own attorneys fees and costs.

5
                                    LAW OFFICES OF LAURENCE F. PADWAY
6

7

8    Dated: August 28, 2008            By: _Gayle Godfrey Codiga_

9                                        Gayle Godfrey Codiga

10                                       Attorneys for Plaintiff

11

12

13                                   WILSON, ELSER, MOSKOWITZ

14                                   EDELMAN & DICKER LLP

15

16       September 3, 2008
17   Dated: August __, 2008           By: _Sean P. Nalty_

18                                       Sean P. Nalty

19                                       Attorneys for Defendants

20

21                                   IT IS SO ORDERED.

22

23       9/5
     DATED: _____, 2008
24
                                     _____
25                                   UNITED STATES DISTRICT COURT JUDGE

26

27

28

                                    2